UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No. 1:06:CR:288

v.

                                            HON. GORDON J. QUIST

RONALD JENKINS,

        Defendant.

_____/

**ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed April 30, 2007, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Ronald Jenkins's plea of guilty to Count 1 of the Indictment is accepted. Defendant Ronald Jenkins is adjudicated guilty.

3. Defendant Ronald Jenkins shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: May 17, 2007                                                        /s/ Gordon J. Quist
                                                                                GORDON J. QUIST
                                                                         UNITED STATES DISTRICT JUDGE